**Motion Granted in Part and Order filed August 31, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00753-CV
_____

### SUZANNE SONDRUP RON, Appellant

### V.

### AVISHAI RON, ET AL, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2017-19071**

## ORDER

On August 28, 2018, appellant filed a motion as asking this court to stay the temporary injunction order signed August 23, 2018 ("the Injunction") that is the subject of this interlocutory appeal. *See* Tex. R. App. P. 29.3. The motion is **GRANTED IN PART**.

**Paragraph 33** of the Injunction signed August 23, 2018, is **STAYED** until a final decision by this court on the appeal or until further order of this court. The remainder of the Injunction remains in effect.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.